IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10378
Summary Calendar
_____

BILLY WAYNE WILLIAMS,

Plaintiff-Appellant,

versus

ANN RICHARDS, also known as Governor of Texas;
ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:93-CV-359
- - - - - - - - - -
May 21, 1997
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Billy Wayne Williams, No. 365918, has moved for leave to proceed in forma pauperis (IFP) to appeal the district court's dismissal of his civil rights complaint. The Prison Litigation Reform Act (PLRA) applies to this appeal. See Strickland v. Rankin County Correctional Facility, 105 F.3d 972, 973-76 (5th Cir. 1997). Williams has complied with the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

certification requirements of the PLRA and his motion for leave to proceed IFP is GRANTED.

IT IS ORDERED that Williams authorize the appropriate prison authorities to withdraw the initial partial filing fee of $7.85 from his trust fund account in accordance with the procedures required by the prison and to forward payment of the initial partial filing fee to the Clerk of the U.S. District Court for the Northern District of Texas.

Thereafter, Williams shall make periodic payments to the clerk of the same district court until the full appellate filing fee of $105 is paid.

To accomplish these periodic payments, Williams is directed to execute all consents and forms required by the Texas Department of Criminal Justice, Institutional Division, to authorize the withdrawals from his trust fund account.

In accordance with its standard procedure, the prison having custody of Williams is directed to periodically forward payments from his prisoner account to the clerk of the district court each time the amount in his account exceeds $10.

Williams contends that the district court erred in dismissing his complaint. We have carefully reviewed the record and the briefs and AFFIRM for the reasons adopted by the district court. See Williams v. Richards, No. 2:93-CV-0359 (N.D. Tex. Mar. 11, 1996 and March 29, 1996).

IFP GRANTED; INITIAL PARTIAL FILING FEE ASSESSED; JUDGMENT

AFFIRMED.